IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SONCERA KIMBERLY BARNEY AND FRANK M. BARNEY, ) ) ) Plaintiffs, ) ) vs. ) ) GREGORY T. PETERS, M.D., ) REAL RADIOLOGY, LLC, ) JOHN DOES 1-5, AND ) JOHN DOE, INC.'S 1-5, ) ) Defendants. ) | CASE NO: 4:20-CV-00173-RSB-CLR |

**ORDER GRANTING JOINT CONSENT MOTION TO PROCEED BEFORE THE MAGISTRATE JUDGE**

This matter is before the Court on the parties' Joint Consent Motion to Proceed Before the Magistrate Judge. Doc. 24. As all parties have consented, the Court **GRANTS** the parties' Motion. As authorized by 28 U.S.C. § 636(c)(1), the Court hereby **DESIGNATES** United States Magistrate Judge Christopher L. Ray to exercise the authority of the District Court in presiding over this matter. Accordingly, this case is hereby referred to Magistrate Judge Ray for full resolution through the entry of a final judgment.

SO ORDERED this 4th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA