UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SONCERA KIMBERLY BARNEY and FRANK M. BARNEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV420-173 |
| GREGORY T. PETERS, M.D., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants Gregory T. Peters, M.D. and Real Radiology, LLC, removed this medical malpractice case from the State Court of Liberty County, Georgia. Doc. 1 (Notice of Removal). Plaintiff Soncera Kimberly Barney seeks to recover for injuries allegedly resulting from Peters' negligent failure to properly read, interpret, and report on her CT scan. *See, e.g.,* doc. 1-1 at 11, ¶ 30 (Complaint). On October 14, 2020, the Court held an informal discovery conference with the parties. Among the issues discussed at that conference was a potential dispute concerning whether defendant Gregory T. Peters, M.D.'s credentialing files for Winn Army Community Hospital were subject to discovery. Defendant Real

Radiology, LLC expressed concern that disclosure of those files was prohibited, pursuant to 10 U.S.C. § 1102. With the parties' consent, defendant submitted the materials to the undersigned for an *in camera* review. Based on that review, the Court agrees that defendant has a plausible argument that the documents are protected from discovery. It will not, however, make a final determination on the application of the statute, and the potential application of alternative privilege claims, absent formal presentation of the parties' positions.

Under the circumstances, the Court will construe the parties' informal request as a motion to compel production of the files, pursuant to Federal Rule of Civil Procedure 37(a). The Court further construes the informal discovery conference as satisfying the notice and good-faith conference requirements imposed by Rule 37(a)(1). The Court will, therefore, require the parties to brief the questions involved in the motion.

Federal law provides a broad privilege for "medical quality assurance records." *See* 10 U.S.C. § 1102. "No part of any medical quality assurance record . . . may be subject to discovery or admitted into evidence in any judicial or administrative proceeding," subject to enumerated exceptions. 10 U.S.C. § 1102(b)(1). Moreover, "[a] person who reviews or creates [such

records] for the Department of Defense or who participates in any proceeding that reviews or creates such records may not be permitted or required to testify in any judicial or administrative proceeding with respect to such records or with respect to any finding, recommendation, evaluation, opinion, or action taken by such person or body in connection with such records," except as otherwise permitted by the statute. 10 U.S.C. § 1102(b)(2). After the informal *in camera* review, the Court is satisfied that defendant has a good-faith basis for asserting that disclosure of the subject records is prohibited by § 1102.

Accordingly, defendant Real Radiology, LLC is directed to submit a brief arguing its position that the credentialing documents, or any portion of them, may not be produced pursuant to § 1102, and any other statutory or common-law privilege he wishes to assert. The Court appreciates that the discussion of these documents will, necessarily, be rather vague. Given the breadth of the statutory protection, however, the Court expects that detailed discussion of their contents will not be necessary. Defendant is further **DIRECTED** to submit a copy of the documents in question to the Clerk for filing. The Clerk is **DIRECTED** to maintain those documents *ex parte* and under **SEAL** until further Order from the Court. Defendant

must file his brief no later than January 6, 2021. Plaintiffs shall then have fourteen days to file their response. Any replies or sur-replies must comply with the Court's Local Rule 7.6. The parties' submissions in this regard shall not in any way serve to lift or alter the Court's previous stay order. Doc. 34.

**SO ORDERED**, this 15th day of December, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA