UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRANK M. BARNEY, individually ) <br> and as Administrator of the ) <br> Estate of SONCERA ) <br> KIMBERLY BARNEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                                  ) <br> ) <br> GREGORY T. PETERS. M.D., and ) <br> REAL RADIOLOGY, LLC,         ) <br> ) <br> Defendants.              ) | CV420-173 |

## ORDER

The Court directed Plaintiff to show cause why the unnamed defendants "John Does 1-5" and "John Does, Inc.'s 1-5" should not be dismissed from this case. Doc. 138. The parties subsequently filed a Joint Stipulation of Dismissal of Defendants John Doe's 1-5 and John Doe, Inc.'s 1-5. Doc. 139. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." "Rule 41(a)(1) is [also] a proper mechanism to dismiss less than all the parties to a controversy." *Jackson v. Equifax Info. Servs., LLC*, 2020 WL 476698, at

\*1 (S.D. Ga. Jan. 29, 2020).  Because the joint stipulation is signed by all the parties who have appeared, the parties' request is **GRANTED**.  Doc. 139.  A dismissal is without prejudice unless a notice or stipulation states otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  Here, since the parties do not indicate whether they stipulate to a dismissal with or without prejudice, *see generally* doc. 139, Defendants John Doe's 1-5 and John Doe, Inc.'s 1-5 are **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to amend the case caption to remove John Doe's 1-5 and John Doe, Inc.'s 1-5 as defendants in this case.

    **SO ORDERED**, this 27th day of March, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA