UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FRANK M. BARNEY, individually ) <br> and as Administrator of the ) <br> Estate of SONCERA ) <br> KIMBERLY BARNEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GREGORY T. PETERS. M.D., ) <br> and REAL RADIOLOGY, LLC, ) <br> ) <br> ) <br> Defendants. ) | CV420-173 |

## **ORDER**

The Court stayed all deadlines in this case after the parties reached a settlement. Doc. 142 at 1. The parties subsequently filed a Joint Motion for Dismissal. Doc. 148. The joint motion is **GRANTED**. Doc. 148. Accordingly, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**, and the Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 28th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA